*State of Oregon vs Nathan Franklin, Jr, Case No. 23CR30029*

# IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF MULTNOMAH

| | | |
|---|---|---|
| State of Oregon, | ) | |
|       Plaintiff | ) | |
| | ) | Case No.: 23CR30029 |
|   vs. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| Nathan Franklin, Jr, | ) | Case File Date: 06/26/2023 |
|       Defendant | ) | District Attorney File #: 2462245-1C |

## DEFENDANT

True Name: Nathan Franklin, Jr                   Sex: Male
Date Of Birth: 12/25/1961              State Identification No (SID): 06031893OR
Fingerprint Control No (FPN): JMUL123033193
Alias(es): Nathan Franklin, Nathan Tony Franklin,  Jr, Nathaniel Nathan Franklin

## HEARING

Proceeding Date: 04/09/2025
Judge: Christopher J Marshall
Court Reporter: Recording, FTR

Defendant appeared in person and was not in custody. The court determined that the defendant was indigent for purposes of court-appointed counsel, and the court appointed counsel for the defendant.  The defendant was represented by Attorney(s) Grayson Lindstrom, OSB Number 240655. Plaintiff appeared by and through Attorney(s) Andrew R Wood, OSB Number 226574.

## COUNT(S)

It is adjudged that the defendant has been convicted on the following count(s):

### Count 1 : Manslaughter in the Second Degree

Count number 1, Manslaughter in the Second Degree, 163.125, Felony Class B, a lesser included charge, committed on or about 06/25/2023. Conviction is based upon a Guilty Plea on 01/28/2025.

**Sentencing Guidelines**

The Crime Severity Classification (CSC) on Count Number 1 is 10 and the Criminal History Classification (CHC) is F.

This sentence is pursuant to the following special factors:
- Sentence per ORS 137.700
- This is a Presumptive Sentence

*State of Oregon vs Nathan Franklin, Jr, Case No. 23CR30029*

- The parties stipulate to this sentencing guideline grid for purposes of this sentencing only.

## License Suspension / Revocation

Defendant's Drivers License is Revoked for Life.

## Incarceration

Defendant is sentenced to the custody of Oregon Dept of Corrections, for a period of 75 month(s). Defendant is remanded to the custody of the Multnomah Sheriff for transportation to the Oregon Dept of Corrections for service of this sentence. Defendant may receive credit for time served. Book and Keep defendant on this case today.

The Court recommends housing at OSCI for reasons defendant will discuss with DOC representatives during intake.

The Defendant may not be considered by the executing or releasing authority for any form of Reduction in Sentence, Conditional or Supervised Release Program, Temporary Leave From Custody, Work Release. The Defendant may not be considered for release on post-prison supervision under ORS 421.508(4) upon successful completion of an alternative incarceration program.

## Post-Prison Supervision

The term of Post-Prison Supervision is 3 year(s). If the Defendant violates any of the conditions of post-prison supervision, the defendant shall be subject to sanctions including the possibility of additional imprisonment in accordance with the rules of the State Sentencing Guidelines Board.

## Statutory Provisions

Defendant is ordered to submit blood or buccal sample and thumbprint pursuant to ORS 137.076.

## Monetary Terms

Defendant shall be required to pay the following amounts on this count:

### Fees and Assessments: Payable to the Court.

| Type | Amount | Modifier | Reduction | Actual Owed |
|---|---|---|---|---|
| Fine - Criminal | $200.00 | Waived | $200.00 | $0.00 |
| **Total** | $200.00 | | $200.00 | $0.00 |

Waive all fines, fees, and assessments, except restitution.  The State has until 7/8/25 to submit a written restitution request.

*State of Oregon vs Nathan Franklin, Jr, Case No. 23CR30029*

## **Count 2 : Assault in the Second Degree**

Count number 2, Assault in the Second Degree, 163.175, Felony Class B, committed on or about 06/25/2023. Conviction is based upon a Guilty Plea on 01/28/2025.

**Sentencing Guidelines**

The Crime Severity Classification (CSC) on Count Number 2 is 9 and the Criminal History Classification (CHC) is A.

This sentence is pursuant to the following special factors:
- Sentence per ORS 137.700
- This is a Presumptive Sentence
- The parties stipulate to this sentencing guideline grid for purposes of this sentencing only.

**License Suspension / Revocation**

Defendant's Drivers License is Suspended for 8 year(s).

**Incarceration**

Defendant is sentenced to the custody of Oregon Dept of Corrections, for a period of 70 month(s). Defendant is remanded to the custody of the Multnomah Sheriff for transportation to the Oregon Dept of Corrections for service of this sentence. Defendant may receive credit for time served. Book and Keep defendant on this case today.

The Court recommends housing at OSCI for reasons defendant will discuss with DOC representatives during intake.

This sentence shall run concurrent with the sentence in count 1 of this case.

The Defendant may not be considered by the executing or releasing authority for any form of Reduction in Sentence, Conditional or Supervised Release Program, Temporary Leave From Custody, Work Release. The Defendant may not be considered for release on post-prison supervision under ORS 421.508(4) upon successful completion of an alternative incarceration program.

**Post-Prison Supervision**

The term of Post-Prison Supervision is 3 year(s). If the Defendant violates any of the conditions of post-prison supervision, the defendant shall be subject to sanctions including the possibility of additional imprisonment in accordance with the rules of the State Sentencing Guidelines Board.

*State of Oregon vs Nathan Franklin, Jr, Case No. 23CR30029*

**Statutory Provisions**

Defendant is ordered to submit blood or buccal sample and thumbprint pursuant to ORS 137.076.

**Monetary Terms**

Defendant shall be required to pay the following amounts on this count:

**Fees and Assessments: Payable to the Court.**

| Type | Amount | Modifier | Reduction | Actual Owed |
|---|---|---|---|---|
| Fine - Criminal | $200.00 | Waived | $200.00 | $0.00 |
| **Total** | $200.00 | | $200.00 | $0.00 |

Waive all fines, fees, and assessments, except restitution. The State has until 7/8/25 to submit a written restitution request.

## Count 3 : Assault in the Third Degree

Count number 3, Assault in the Third Degree, 163.165(2)(a), Felony Class C, a lesser included charge, committed on or about 06/25/2023. Conviction is based upon a Guilty Plea on 01/28/2025.

**Sentencing Guidelines**

The Crime Severity Classification (CSC) on Count Number 3 is 9 and the Criminal History Classification (CHC) is C.

This sentence is pursuant to the following special factors:
- This is a Presumptive Sentence
- The parties stipulate to this sentencing guideline grid for purposes of this sentencing only.

**License Suspension / Revocation**

Defendant's Drivers License is Suspended for 5 year(s).

**Incarceration**

Defendant is sentenced to the custody of Oregon Dept of Corrections, for a period of 60 month(s). Defendant is remanded to the custody of the Multnomah Sheriff for transportation to the Oregon Dept of Corrections for service of this sentence. Defendant may receive credit for time served. Based on stipulation of the parties, defendant is elibigle for All Credits, including Good Time Credits.

Book and Keep defendant on this case today.

The Court recommends housing at OSCI for reasons defendant will discuss with DOC representatives during intake.

This sentence shall run concurrent with the sentences in counts 1 and 2 of this case.

The Defendant may be considered by the executing or releasing authority for any form of Reduction in Sentence, Conditional or Supervised Release Program, Temporary Leave From Custody, Work Release authorized by law for which the Defendant is otherwise eligible at the time of sentencing. The Defendant may be considered for release on post-prison supervision under ORS 421.508(4) upon successful completion of an alternative incarceration program.

**Post-Prison Supervision**

The term of Post-Prison Supervision is 0 year(s). If the Defendant violates any of the conditions of post-prison supervision, the defendant shall be subject to sanctions including the possibility of additional imprisonment in accordance with the rules of the State Sentencing Guidelines Board.

**Statutory Provisions**

Defendant is ordered to submit blood or buccal sample and thumbprint pursuant to ORS 137.076.

**Monetary Terms**

Defendant shall be required to pay the following amounts on this count:

**Fees and Assessments: Payable to the Court.**

| Type | Amount | Modifier | Reduction | Actual Owed |
|---|---|---|---|---|
| Fine - Criminal | $200.00 | Waived | $200.00 | $0.00 |
| **Total** | $200.00 | | $200.00 | $0.00 |

Waive all fines, fees, and assessments, except restitution.  The State has until 7/8/25 to submit a written restitution request.

## Count 4 : Assault in the Third Degree

Count number 4, Assault in the Third Degree, 163.165(2)(a), Felony Class C, a lesser included charge, committed on or about 06/25/2023. Conviction is based upon a Guilty Plea on 01/28/2025.

**Sentencing Guidelines**

The Crime Severity Classification (CSC) on Count Number 4 is 9 and the Criminal History Classification (CHC) is C.

This sentence is pursuant to the following special factors:
- This is a Presumptive Sentence
- The parties stipulate to this sentencing guideline grid for purposes of this sentencing only.

**License Suspension / Revocation**

Defendant's Drivers License is Suspended for 5 year(s).

**Incarceration**

Defendant is sentenced to the custody of Oregon Dept of Corrections, for a period of 60 month(s). Defendant is remanded to the custody of the Multnomah Sheriff for transportation to the Oregon Dept of Corrections for service of this sentence. Defendant may receive credit for time served. Based on stipulation of the parties, defendant is eligible for All Credits, including Good Time Credits.

Book and Keep defendant on this case today.

The Court recommends housing at OSCI for reasons defendant will discuss with DOC representatives during intake.

This sentence shall run consecutive to the sentence in count 3 of this case and shall run concurrent with the sentences in counts 1 and 2 of this case.

The Defendant may be considered by the executing or releasing authority for any form of Reduction in Sentence, Conditional or Supervised Release Program, Temporary Leave From Custody, Work Release authorized by law for which the Defendant is otherwise eligible at the time of sentencing. The Defendant may be considered for release on post-prison supervision under ORS 421.508(4) upon successful completion of an alternative incarceration program.

**Post-Prison Supervision**

The term of Post-Prison Supervision is 0 year(s). If the Defendant violates any of the conditions of post-prison supervision, the defendant shall be subject to sanctions including the possibility of additional imprisonment in accordance with the rules of the State Sentencing Guidelines Board.

**Statutory Provisions**

Defendant is ordered to submit blood or buccal sample and thumbprint pursuant to ORS 137.076.

**Monetary Terms**

Defendant shall be required to pay the following amounts on this count:

**Fees and Assessments: Payable to the Court.**

| Type | Amount | Modifier | Reduction | Actual Owed |
|---|---|---|---|---|
| Fine - Criminal | $200.00 | Waived | $200.00 | $0.00 |

*State of Oregon vs Nathan Franklin, Jr, Case No. 23CR30029*

| | Amount | | | Actual Owed |
|---|---|---|---|---|
| **Total** | $200.00 | | $200.00 | $0.00 |

Waive all fines, fees, and assessments, except restitution.  The State has until 7/8/25 to submit a written restitution request.

## Count 9 : Driving Under the Influence of Intoxicants

Count number 9, Driving Under the Influence of Intoxicants, 813.010(4), Misdemeanor Class A, committed on or about 06/25/2023. Conviction is based upon a Guilty Plea on 01/28/2025.

### License Suspension / Revocation

Defendant's Drivers License is Revoked for Life.

### Incarceration

Defendant is sentenced to the custody of County Jail, for a period of 364 day(s). Defendant is remanded to the custody of the Multnomah County Sheriff for transportation to the Supervisory Authority for service of this sentence. Defendant may receive credit for time served. Defendant is eligible for All Credits.

Book and Keep defendant on this case today.

The Court recommends housing at OSCI for reasons defendant will discuss with DOC representatives during intake.

This sentence shall run concurrent with all other sentences in this case.

The Defendant may be considered by the supervisory authority for any form of alternative sanction authorized by ORS 423.478, and the Defendant shall pay any required per diem fees.

### Monetary Terms

Defendant shall be required to pay the following amounts on this count:

### Fees and Assessments: Payable to the Court.

| Type | Amount | Modifier | Reduction | Actual Owed |
|---|---|---|---|---|
| Fine - DUII | $105.00 | Waived | $105.00 | $0.00 |

*State of Oregon vs Nathan Franklin, Jr, Case No. 23CR30029*

| | | | |
|---|---|---|---|
| **Total** | $105.00 | $105.00 | $0.00 |

Waive all fines, fees, and assessments.

## COUNTS DISPOSED WITH NO CONVICTION

Count # 5, Assault in the Fourth Degree is Dismissed.

Count # 6, Assault in the Third Degree - DUII is Dismissed.

Count # 7, Assault in the Fourth Degree is Dismissed.

Count # 8, Assault in the Fourth Degree is Dismissed.

Count # 10, Driving Under the Influence of Intoxicants is Dismissed.

Count # 11, Reckless Driving is Dismissed.

Count # 12, Recklessly Endangering Another Person is Dismissed.

Count # 13, Recklessly Endangering Another Person is Dismissed.

Count # 14, Recklessly Endangering Another Person is Dismissed.

Count # 15, Recklessly Endangering Another Person is Dismissed.

Count # 16, Recklessly Endangering Another Person is Dismissed.

Count # 17, Recklessly Endangering Another Person is Dismissed.

Count # 18, Recklessly Endangering Another Person is Dismissed.

Count # 19, Recklessly Endangering Another Person is Dismissed.

Count # 20, Criminal Driving While Suspended or Revoked is Dismissed.

If convicted of a felony or a crime involving domestic violence, you may lose the right to buy, sell, transport, receive, or possess a firearm, ammunition, or other weapons in both personal and professional endeavors pursuant to ORS 166.250, ORS 166.291, ORS 166.300, and/or 18 USC 922(g).

## MONEY AWARD

**Judgment Creditor: State of Oregon**
**Judgment Debtor: Nathan Franklin, Jr**

*State of Oregon vs Nathan Franklin, Jr, Case No. 23CR30029*

Payees are to be paid as ordered under Monetary Terms.

Money Award total does not include reduced amounts of $905.00 as stated in the individual counts.

The court may increase the total amount owed by adding collection fees and other assessments. These fees and assessments may be added without further notice to the defendant and without further court order.

Subject to amendment of a judgment under ORS 137.107, money required to be paid as a condition of probation remains payable after revocation of probation only if the amount is included in the money award portion of the judgment document, even if the amount is referred to in other parts of the judgment document.

Any financial obligation(s) for conviction(s) of a violation, which is included in the Money Award, creates a judgment lien.

## MONEY AWARD
**Judgment Creditor: State of Oregon**
**Judgment Debtor: Nathan Franklin, Jr**

Payees are to be paid as ordered under Monetary Terms.

Money Award total does not include reduced amounts of $905.00 as stated in the individual counts.

Money Award total does not include reduced amounts of $905.00 as stated in the individual counts.

The court may increase the total amount owed by adding collection fees and other assessments. These fees and assessments may be added without further notice to the defendant and without further court order.

Subject to amendment of a judgment under ORS 137.107, money required to be paid as a condition of probation remains payable after revocation of probation only if the amount is included in the money award portion of the judgment document, even if the amount is referred to in other parts of the judgment document.

Any financial obligation(s) for conviction(s) of a violation, which is included in the Money Award, creates a judgment lien.

*State of Oregon vs Nathan Franklin, Jr, Case No. 23CR30029*

**Payment Schedule**

Payment of the fines, fees, assessments, and/or attorney's fees noted in this and any subsequent Money Award shall be scheduled by the clerk of the court pursuant to ORS 161.675.

Payable to:

**Multnomah County Circuit Court**
**1200 SW First Avenue**
**Portland, Oregon 97204**
**P: 971-274-0545**
**F: http://courts.oregon.gov/multnomah**

4:09:42 PM

Dated the _____ day of _____ , 20 _____

Signed: _____
Christopher J Marshall

**Circuit Court Judge Christopher J. Marshall**