IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURAN PARISE, individually and in
the capacity of personal representative of
the estate of JENNIFER PARISE; and
E.P., JENNIFER PARISE and
LAURAN PARISE'S minor child,

        Plaintiffs,

    v.

THE CITY OF GRESHAM and
GRESHAM POLICE OFFICER
JONATHAN BUCK,

        Defendants.

_____

THE CITY OF GRESHAM and
GRESHAM POLICE OFFICER
JONATHAN BUCK,

        Third-Party Plaintiffs,

    v.

NATHAN FRANKLIN, JR.,

        Third-Party Defendant.

Case No. 3:24-cv-01620-YY

ORDER

1 – ORDER

**BAGGIO, District Judge:**

Magistrate Judge Youlee Yim You issued a Findings and Recommendation on April 27, 2026, in which she recommends that this Court deny Plaintiff Lauran Parise's Motion to Strike and Third-Party Defendant Nathan Franklin, Jr.'s Motion to Dismiss. F&R, ECF No. 58. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff Lauran Parise filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl.'s Obj., ECF No. 62. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

///

///

///

///

///

///

///

2 – ORDER

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [58]. Therefore, Plaintiff Lauran Parise's Motion to Strike [27] is DENIED, and Third-Party Defendant Nathan Franklin, Jr.'s Motion to Dismiss [53] is DENIED.

IT IS SO ORDERED.

DATED this  21st  day of July, 2026.

AMY M. BAGGIO
United States District Judge

3 – ORDER